UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jason Tinsley

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR- 285 (   ) (   )

Defendant , Jason Tinsley hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

_X__  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


By Susanne Brody____                         _____/s/_____
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jason Tinsley_____          Susanne Brody
Print Defendant's Name                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

6/9/2020
_____                          ____Judith C. McCarthy_____
Date                                         U.S. District Judge/U.S. Magistrate Judge