UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :          **<u>ORDER</u>**
                                  :
Jason Tinsley,                    :          20 CR 285 (PMH)
                    Defendants.   :
                                  :
------------------------------------------------------------x

**A status conference in this matter is scheduled for June 22, 2020, at 12:00 p.m.**

Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. Defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

> **Dial-In Number**:      **(888) 398-2342**
> **Access Code:**          **3456831**

Dated: June 10, 2020                    SO ORDERED:

                                        _____

                                        Philip M. Halpern, U.S.D.J