UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :        **ORDER**
                                :
Jason Tinsley,                  :        20 CR 285 (PMH)
            Defendants.         :
                                :
------------------------------------------------------------x

**A Guilty Plea in this matter is scheduled for October 29, 2020, at 1:00 p.m.** Because of the current public health emergency, the Court will conduct the conference by video conference call, if defendants waive their right to be physically present and consent to appear by video after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By October 28, 2020, defense counsel shall advise the Court in writing as to whether defendant, after consultation with counsel, waives his right to be physically present and consents to appear by video or telephone for the proceeding.

2. The proceeding will be conducted through Skype for Business. In advance of the proceeding, Chambers will email all counsel with further information on how to access the proceeding. Those participating by video will click on the link or calendar invite to be provided by the Audio-Visual Department. Only the Court, the defendant, defense counsel, and counsel for the government will appear by video for the proceeding; all others will participate by telephone. Only one counsel per party may participate by video.

**Co-counsel, members of the press, and the public may access the audio feed of the proceeding by calling (888) 398-2342 and entering Access Code: 3456831#.**

3. To optimize use of the Court's videoconferencing technology, all participant appearing by video must:

a. Use a web browser other than Microsoft Explorer to access Skype for Business;

b. Use hard-wired internet or WiFi. If using WiFi, the device should be positioned as close to the WiFi router as possible to ensure a strong signal. (Weak signals may cause delays or dropped feeds.)

c. Minimize the number of others using the same WiFi router during the proceeding.

4. If Skype for Business does not work well enough and the Court decides to transition to its teleconference line, counsel and defendant should call **(888) 398-2342** and use Access Code 3**456831**. (Members of the press and public may call the same number but will not be permitted to speak during the proceeding.)

Dated: October 22, 2020          SO ORDERED:

_____
Philip M. Halpern, U.S.D.J