UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

v.

JASON TINSLEY,

                Defendant.

---------------------------------------------------------X

ORDER

20-CR-00285 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Before sentencing in this matter was adjourned to October 28, 2022, Defendant's sentencing submission was due and filed prior to the issuance of the final PSR. Should Defendant be so advised, he may file a supplemental submission on or before October 21, 2022 at 5:00 p.m. The Government may also submit any additional argument it deems necessary on or before October 24, 2022 at 5:00 p.m.

SO ORDERED:

Dated: White Plains, New York
       October 17, 2022

_____
Philip M. Halpern
United States District Judge